UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 24-0378 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 4, 2024 Minute Order, the Cato Institute ("Plaintiff") and the Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this Joint Status Report.

On February 8, 2024, Plaintiff filed the Complaint in this action, alleging that Defendant violated the Freedom of Information Act ("FOIA") with respect to its June 8, 2023 FOIA request. (*See* ECF No. 1.)  On February 22, 2024, Plaintiff filed a motion for preliminary injunction.  *See* Pl.'s Mot., ECF No. 5.  On April 22, 2024, Plaintiff withdrew its motion.  *See* Notice, ECF No. 16.  The Court ordered the parties to "appris[e] the court on the progress of Defendant's production as to Plaintiff's FOIA request."  Apr. 22, 2024 Min. Order.

The potentially responsive documents have been sent to the FBI for consultation.  In a March 7, 2024 declaration attached to Defendant's opposition to Plaintiff's motion for a preliminary injunction, the FBI stated that it expected to complete its consultation by June 7, 2024.  *See* Seidel Decl. ¶ 16, ECF No. 8-2.  Consistent with that declaration, Defendant reports that the FBI expects the consultation to be complete by June 7, 2024.  Defendant likely will need an additional week to complete processing.

The parties respectfully propose that they file another joint status report on or before July 17, 2024, to apprise the Court of Defendant's progress processing documents. A proposed order is attached.

Dated: May 22, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for the United States of America*


By: */s/ Merrick Wayne*
    Matthew V. Topic, D.C. Bar No. IL0037
    Stephen Stich Match, D.C. Bar No. MA0044
    Merrick Wayne, D.C. Bar No. IL0058
    LOEVY & LOEVY
    311 North Aberdeen, 3rd Floor
    Chicago, IL 60607
    (312) 243-5900
    foia@loevy.com

*Attorneys for Plaintiff Cato Institute*