UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 24-0378 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this ___ day of _____, 2024,

ORDERED that the parties shall submit a joint status report by July 17, 2024.

_____
UNITED STATES DISTRICT JUDGE